# Supreme Court of Florida

THURSDAY, MARCH 4, 2021

**CASE NO.: SC19-953**
Lower Tribunal No(s).:
122018CF000667CFAXMX

ROBERT CRAFT          vs.          STATE OF FLORIDA

Appellant(s)                              Appellee(s)

Appellant's Motion for Rehearing is hereby denied.

CANADY, C.J., and POLSTON, LABARGA, LAWSON, MUÑIZ, COURIEL, and GROSSHANS, JJ., concur.
LABARGA, J., concurs with an opinion.

LABARGA, J., concurring.

I agree that Craft has not established a basis for rehearing, and consequently, I have voted to deny rehearing. However, I firmly adhere to my dissent in *Lawrence v. State*, 308 So. 3d 544 (Fla. 2020), and my belief that proportionality review is an essential part of this Court's review of death penalty cases on direct appeal.

A True Copy
Test:

John A. Tomasino
Clerk, Supreme Court

**CASE NO.:** SC19-953
Page Two


so
Served:

RICHARD M. BRACEY III
HON. JESSICA JOAN YEARY, PUBLIC DEFENDER
WILLIAM D. CHAPPELL
HON. P. DEWITT CASON, CLERK
HON. PAUL SPURGIN BRYAN, JUDGE
HON. MARK EDWARD FEAGLE, CHIEF JUDGE